# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### BOSTON DIVISION

In re:  SHAWN LYNCH                                                                                   Case No.: 13-16018-FJB
      GINA LYNCH
            Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Carolyn A. Bankowski, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  10/14/2013.
2) The plan was confirmed on  11/01/2013.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  08/01/2016.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  08/06/2015, 05/24/2016.
5) The case was converted on  07/24/2017.
6) Number of months from filing or conversion to last payment:  44.
7) Number of months case was pending:  45.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  52,577.50.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $25,358.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $25,358.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $23,459.14 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,404.46 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $24,863.60 |
| Attorney fees paid and disclosed by debtor: | $1,629.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ALTAIR OH XIII LLC | Unsecured | 8,633.00 | 8,633.28 | 8,633.28 | .00 | .00 |
| ALTAIR OH XIII LLC | Unsecured | 1,015.00 | 1,015.39 | 1,015.39 | .00 | .00 |
| AMERICAN INFOSOURCE LP | Unsecured | 4,597.00 | 4,031.24 | 4,031.24 | .00 | .00 |
| BARBARA LYNCH | Unsecured | NA | .00 | .00 | .00 | .00 |
| BARBARA LYNCH | Unsecured | 75,000.00 | 75,000.00 | .00 | .00 | .00 |
| BSI FINANCIAL SERVICES INC | Secured | 49,455.00 | NA | NA | .00 | .00 |
| CAVALRY SPV I LLC | Unsecured | 7,524.00 | 7,524.78 | 7,524.78 | .00 | .00 |
| CAVALRY SPV I LLC | Unsecured | 8,329.00 | 8,329.22 | 8,329.22 | .00 | .00 |
| CITIBANK | Unsecured | 20,000.00 | NA | NA | .00 | .00 |
| CITIZENS BANK | Unsecured | 49,455.00 | 75,112.12 | 75,112.12 | .00 | .00 |
| EQUABLE ASCENT FINANCIAL LLC | Unsecured | 250.00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 6,872.00 | 5,816.67 | 5,816.67 | .00 | .00 |
| METROPOLITAN CREDIT UNION | Unsecured | 3,044.00 | NA | NA | .00 | .00 |
| METROWEST COMMUNITY FEDERAL C. | Unsecured | NA | .00 | .00 | .00 | .00 |
| NATIONSTAR MORTGAGE  LI | Secured | 54,012.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### BOSTON DIVISION

In re:  SHAWN LYNCH  
       GINA LYNCH  
    Debtor(s)

Case No.: 13-16018-FJB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC | Secured | 7,717.89 | 7,717.89 | 7,717.89 | 494.40 | .00 |
| NATIONSTAR MORTGAGE, LLC | Unsecured | NA | .00 | .00 | .00 | .00 |
| NATIONSTAR MORTGAGE, LLC | Unsecured | NA | .00 | .00 | .00 | .00 |
| OCWEN LOAN SERVICING, LLC | Unsecured | NA | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 5,222.00 | 5,221.90 | 5,221.90 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,575.00 | 1,575.17 | 1,575.17 | .00 | .00 |
| TOWN OF HOLLISTON | Priority | 793.80 | 1,349.75 | 793.80 | .00 | .00 |
| TOWN OF HOLLISTON | Secured | 400.00 | NA | NA | .00 | .00 |
| US BANK TRUST N.A. | Secured | NA | 93,683.46 | 93,683.46 | .00 | .00 |
| US BANK, N.A. | Unsecured | NA | .00 | .00 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 7,717.89 | 494.40 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 93,683.46 | .00 | .00 |
| **TOTAL SECURED:** | 101,401.35 | 494.40 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 793.80 | .00 | .00 |
| **TOTAL PRIORITY:** | 793.80 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 117,259.77 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $24,863.60 |
| Disbursements to Creditors: | $494.40 |
| **TOTAL DISBURSEMENTS:** | $25,358.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 07/31/2017      By: /s/Carolyn A. Bankowski  
                                                      Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.